**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101-0999

OFFICIAL BUSINESS

CARLOS CELLIS-ZAPATA
26273050
FCI - FORT DIX
P.O. BOX 2000
FORT DIX, NJ 08640

NIXIE   975   4E  1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 07101

RECEIVED
MAR 04 2016
WALSH, CLERK

BY DANIELS
19 FEB '16
PM 9 L

neopost
02/18/2016
US POSTAGE
$00.70

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CARLOS CELLIS-ZAPATA,

   Petitioner,

v.

UNITED STATES OF AMERICA,

   Respondent.

Civil Action No. 09-4421 (KSH)

**ORDER**

*RECEIVED AT 8:30 MAR 04 2016 WILLIAM T. WALSH, CLERK*

   Petitioner Carlos Cellis-Zapata ("Zapata") has filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, attacking a sentence of 150 months imprisonment imposed by Judge John C. Lifland, then a district judge of this district, in *United States v. Cellis-Zapata*, No. 04-cr-0235, ECF No. 68 (D.N.J. entered Jan. 9, 2007), for attempt and conspiracy to import a controlled substance. Although the docket still lists Zapata's address as being the Federal Correctional Institute in Fort Dix, New Jersey, the Federal Bureau of Prisons' inmate database indicates that Zapata had been released from custody on August 10, 2015. *See* http://www.bop.gov/inmateloc/; ECF No. 1 at 1 (showing Zapata's BOP registration number as 26273050).

   Local Civil Rule 10.1 states that "[c]ounsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk." L.Civ.R. 10.1. "Failure to file a notice of address change may result in the imposition of sanctions by this Court." *Id.* Failure to comply with Rule 10.1 generally results in the dismissal of the action, which the Third Circuit has upheld as an appropriate exercise of this Court's discretion. *See McLaren v. N.J. Dep't of Educ.*, 462 F.

App'x 148, 149 (3d Cir. 2012). Zapata changed his address some six months ago, demonstrating to the Court's satisfaction that he has failed to comply with Rule 10.1.

**IT IS** therefore on this 17th day of February, 2016,

**ORDERED** that with thirty (30) days from the date of entry of this Order, Petitioner shall update the Court with his current address, as an indication that he still intends to prosecute this case; failure to submit such update will result in the dismissal of the action; and it is further

**ORDERED** that that the Clerk shall serve this Order upon Petitioner by regular mail.

s/Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

Other Orders/Judgments
2:09-cv-04421-KSH CELLIS-ZAPATA v. UNITED STATES OF AMERICA

PS7

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 2/18/2016 at 11:51 AM EST and filed on 2/18/2016
**Case Name:**      CELLIS-ZAPATA v. UNITED STATES OF AMERICA
**Case Number:**    2:09-cv-04421-KSH
**Filer:**
**Document Number:** 14

**Docket Text:**
**ORDER that within 30 days from the date of entry of this Order, Petitioner shall update the Court with his current address, as an indication that he still intends to prosecute this case; failure to submit such update will result in the dismissal of the action. Signed by Judge Katharine S. Hayden on 2/17/16. (sr, )**


**2:09-cv-04421-KSH Notice has been electronically mailed to:**

KATHLEEN PATRICIA O'LEARY    kathleen.o'leary@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

**2:09-cv-04421-KSH Notice will not be electronically mailed to::**

CARLOS CELLIS-ZAPATA
26273050
FCI - FORT DIX
P.O. BOX 2000
FORT DIX, NJ 08640

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/18/2016] [FileNumber=9079138-0
] [32090dcc1e3efcce8a30d9d994b98640e2e5e1385f6cf9eb3f4f4db2d8e9e1bd972

0cae9ef10a49e731aafe1e2e4b093efd2cd316c21fd8822b1885383b9947f]]