**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| CARLOS CELLIS-ZAPATA, | : | |
| | : | Civil Action No. 09-4421 (KSH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

Pursuant to the Court's February 17, 2016 Order, ECF No. 14, in light of Petitioner's failure to update his address as required by Local Civil Rule 10.1, within 30 days of the Court's order,

**IT IS** on this 30th day of March, 2016,

**ORDERED** that the motion to vacate, set aside or correct sentence, ECF No. 1, is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve this Order upon Petitioner by regular mail, and shall **CLOSE** the file.

                                                            s/Katharine S. Hayden
                                                            Katharine S. Hayden, U.S.D.J.